USA-74-24B
(Rev. 05/01)

Sealed

Public and unofficial staff access to this instrument are prohibited by court order

HOUSTON DIVISION

## CRIMINAL DOCKET
### SEALED
United States Courts
Southern District of Texas
FILED

*May 29, 2024*

Filed  Nathan Ochsner, Clerk of Court

No. **4:24-cr-00298**

USAO Number: 2023R03703

Magistrate Number:

CRIMINAL INDICTMENT

Judge: **Hittner**

**ATTORNEYS:**

UNITED STATES of AMERICA

vs.

EITHAN DAVID HAIM

| | Appt'd | Private |
|---|---|---|
| **Alamdar S. Hamdani, USA**    (713) 567-9000 | | |
| TINA ANSARI, AUSA    (713) 567-9000 | | |
| Mark D. Lytle (202) 585-8435 | ☐ | ☑ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 4 )

Ct. 1: Wrongful Disclosure of Individually Identifiable Health Information  [42 U.S.C. 1320d-6(a)(2) and (b)(2)]

Cts. 2-4:  Wrongful Disclosure of Individually Identifiable Health Information  [42 U.S.C. 1320d-6(a)(2) and (b)(3)]

**PENALTY:**  Ct. 1: Up to 5 years imprisonment, $100,000.00 fine, not more than 3 years supervised release, and a $100 special assessment.

Cts. 2-4: Up to 10 years imprisonment, $250,000.00 fine, not more than 3 years supervised release, and a $100 special assessment, per count.

NOTICE OF CRIMINAL FORFEITURE [18 U.S.C. § 981(a)(1)(D)(vi) and (E), and 28 U.S.C. § 2461(c)]

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**