Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § § | Criminal No. **4:24-cr-00298** |
| **EITHAN DAVID HAIM** § § | **UNDER SEAL** |

## O R D E R

HAVING CONSIDERED the Government's Motion to Seal the Indictment, and finding it to be meritorious, it is hereby

ORDERED that the Indictment, all materials related to the Indictment, and this Motion and Order be sealed;

ORDERED that these materials be unsealed as to a Defendant (in relevant part only) when he or she is taken into custody and receives notice to be arraigned; and

ORDERED that, notwithstanding this Order, the United States may produce provide these matters to any member of law enforcement and produce these materials in order to fulfill its discovery obligations in this and any other related case.

Signed at Houston, Texas this the 29th day of May, 2024.

_____
United States Magistrate Judge
Southern District of Texas