UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 31, 2024
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | CRIMINAL NO: **4:24-cr-00298** |
| v. | § | **SEALED** |
| EITHAN DAVID HAIM | § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a  CRIMINAL INDICTMENT  has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on June 10, 2024 at 02:00 PM. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

EITHAN HAIM
c/o Mark D. Lytle
mlytle@nixonpeabody.com

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on   May 29, 2024  .

*[signature]*

UNITED STATES MAGISTRATE JUDGE