UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 17, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:24–cr–00298 |
| § | |
| Eithan David Haim § | |

## *DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ordered that:

1. MOTIONS will be filed by — July 8, 2024

2. RESPONSES will be filed by — July 18, 2024

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by — August 12, 2024

4. PRETRIAL CONFERENCE will be held before Judge David Hittner, Courtroom 8A, 8th Floor **DEFFENDANT MUST BE PRESENT** — August 13, 2024 at 02:00 PM

5. JURY selection set for — August 20, 2024 at 10:00 AM

6. Speedy trial limits waived? (yes/no) — Yes

7. Estimated Trial Time: — 2 –3 days

Direct questions about this schedule to Joseph Wells, Case Manager to United States District Judge David Hittner, at Joseph_Wells@txs.uscourts.gov, 713-250-5511.

SIGNED on June 17, 2024, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge