IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>           **Plaintiff,**<br><br>     v.<br><br>**Eithan David Haim**<br>           **Defendant.** | Criminal No. 4:24-cr-00298 |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Eithan David Haim ("Defendant") files this Notice of Appearance of Counsel as follows:

Ryan Patrick of the firm of Haynes and Boone, LLP will represent Defendant, Eithan David Haim in this case. Mr. Patrick hereby enters his appearance for all purposes and requests that the Court, the Clerk, and all counsel provide any notices required or permitted to be served upon Defendant, Eithan David Haim as follows:

>Ryan Patrick
>Texas Bar No. 24049274
>S.D. Texas Admissions No. 3006419
>HAYNES AND BOONE, LLP
>1221 McKinney St., Suite 4000
>Houston, Texas 77010-2007
>Telephone: (713) 547-2314
>Facsimile: (713) 236-5628
>Email: Ryan.Patrick@haynesboone.com

DATED:  June 18, 2024

                                                    Respectfully Submitted,

By:    /s/ *Ryan Patrick*
          Ryan Patrick
          Texas Bar No. 24049274
          S.D. Texas Admissions No. 3006419
          HAYNES AND BOONE, LLP
          1221 McKinney St., Suite 4000
          Houston, TX 77010
          Telephone: (713) 547-2314
          Facsimile: (713) 236-5628

          **ATTORNEY-IN-CHARGE FOR**
          **DEFENDANT EITHAN DAVID HAIM**