# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:24-CR-298 |
| EITHAN DAVID HAIM | |

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned attorneys, files this Notice of Appearance designating Tyler S. White as co-counsel for the United States in this matter.

Respectfully submitted,

Alamdar S. Hamdani
United States Attorney

/s/ Tyler S. White
Tyler S. White
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9000

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing, which was filed electronically, has been delivered automatically to the attorney for the defendants by the ECF system.

/s/ Tyler S. White
Tyler S. White
Assistant United States Attorney
