United States District Court
Southern District of Texas
**ENTERED**
July 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 24-CR-00298 |
| EITHAN HAIM | § | |

# GOVERNMENT'S JOINT MOTION FOR CONTINUANCE
## O R D E R

For good cause shown, it is hereby Ordered that the Government's Joint Motion for Continuance is Granted. It is ORDERED that a period of excludable delay shall commence on, July 2, 2024, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by September 6, 2024.

Responses shall be filed by September 16, 2024.

A pretrial conference is set for October 18, 2024, at 2:00 p.m.

Trial in this case is set for October 21, 2024, at 10:30 a.m.

Signed at Houston, Texas, this July 2, 2024

UNITED STATES DISTRICT JUDGE DAVID HITTNER