UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Criminal No. 24-CR-00298 |
| EITHAN HAIM | § § | |

**Notice of Appearance**

Defendant Eithan David Haim ("Defendant") files this Notice of Appearance of Counsel as follows:

Marcella C. Burke of the firm Burke Law Group, PLLC will represent Defendant, Eithan David Haim in this case as co-counsel. Ms. Burke hereby enters her appearance for all purposes and requests that the Court, the Clerk, and all counsel provide any notices required or permitted to be served upon Defendant, Eithan David Haim as follows:

Marcella C. Burke
Texas Bar No. 24080734
S.D. Texas Admissions No. 1692341
Burke Law Group, PLLC
1000 Main St., Suite 2300
Houston, Texas 77002
Tel:832.987.2214
Fax:832.793.0045
Marcella@burkegroup.law

Dated: August 21, 2024

Respectfully submitted,

By: _____
Marcella C. Burke
State Bar 24080734
SDTX No. 1632341
Burke Law Group, PLLC
1000 Main St., Suite 2300
Houston, TX 77002
Tel: 832.987.2214
Fax: 832.793.0045
marcella@burkegroup.law