UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **v.** | § § | Criminal No. 24-CR-00298 |
| **EITHAN HAIM** | § § | |

## Notice of Appearance

Defendant Eithan David Haim ("Defendant") files this Notice of Appearance of Counsel as follows:

Jeffrey A. Hall of the firm Burke Law Group, PLLC will represent Defendant, Eithan David Haim in this case as co-counsel. Mr. Hall hereby enters his appearance for all purposes and requests that the Court, the Clerk, and all counsel provide any notices required or permitted to be served upon Defendant, Eithan Haim as follows:

Jeffrey A. Hall
Virginia Bar No. 82175
S.D. Texas Admissions No. 3885025
Burke Law Group, PLLC
2001 L. Street N.W., Suite 500
Washington, D.C. 20036
Tel:832.987.2214
Fax:832.793.0045
jeff@burkegroup.law

Dated: August 21, 2024                         Respectfully submitted,

                                By:   /s/ Jeffrey A. Hall
                                      Jeffrey A. Hall
                                      VA Bar No. 82175
                                      SDTX Bar No. 3885025
                                      Burke Law Group, PLLC
                                      2001 L. Street N.W., Suite 500
                                      Washington, D.C. 20036
                                      Tel: 832.968.7564
                                      Fax: 832.793.0045
                                      jeff@burkegroup.law