UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Criminal No. 24-CR-00298 |
| EITHAN HAIM | § § | |

## Notice of Appearance

Defendant Eithan David Haim ("Defendant") files this Notice of Appearance of Counsel as follows:

Mark D. Lytle of the firm Nixon Peabody, LLP will represent Defendant, Eithan David Haim in this case as co-counsel. Mr. Lytle hereby enters his appearance for all purposes and requests that the Court, the Clerk, and all counsel provide any notices required or permitted to be served upon Defendant, Eithan Haim as follows:

Mark D. Lytle
DC Bar No. 1765392
S.D. Texas Admissions No. 3884197
Nixon Peabody, LLP
799 9th Street NW, Suite 500
Washington, DC 20001
Tel:202.585.8435
Fax:202.585.8080
mlytle@nixonpeabody.com

Dated: August 21, 2024                     Respectfully submitted,

                                                          By:    /s/ Mark D. Lytle
                                                                   Mark D. Lytle
                                                                   DC State Bar 1765392
                                                                   SDTX No. 1632341
                                                                   Nixon Peabody LLP
                                                                   799 9th Street NW, Suite 500
                                                                   Washington, DC 20001
                                                                   Tel: 202.585.8435
                                                                   Fax: 202.585.8080
                                                                   mlytle@nixonpeabody.com