United States District Court
Southern District of Texas
**ENTERED**
September 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § § |
| v. | §   Criminal Action No. 24-CR-00298 |
| EITHAN HAIM | § § § § |

### ORDER

Pending before the Court is Defendant Eithan Haim's Motion for a Bill of Particulars (Document No. 23), and Motion for Continuance of Trial Date (Document No. 31). Having considered the motions, submissions, and applicable law, the Court determines that Defendant's motions should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion for a Bill of Particulars (Document No. 23) is **DENIED**. The Court further

**ORDERS** that Defendant's Motion for Continuance of Trial Date (Document No. 31) is **DENIED**.

SIGNED at Houston, Texas, on this **10** day of September, 2024.

DAVID HITTNER
United States District Judge