# EXHIBIT A



**U.S. Department of Justice**
*United States Attorney's Office*          *Tina Ansari*
*Southern District of Texas*               *Assistant United States Attorney*
*1000 Louisiana St., Suite 2300*           *Telephone: (713) 567-9598*
*Houston, TX 77002*                        *Email: Tina.Ansari@usdoj.gov*

September 13, 2024

<u>**Via EMAIL**</u>
Mark D. Lytle                              Ryan Patrick
Nixon Peabody, LLP                         Haynes Boone
799 9th Street NW, Suite 500               1221 McKinney Street, Suite 4000
Washington, DC 20001-5327                  Houston, TX 77010
Email: mlytle@nixonpeabody.com             Email: ryan.patrick@haynesboone.com

Re:     <u>*United States of America v. Eithan David Haim, 4:24-cr-00298*</u>

Dear Counsel,

On September 12, 2024 and September 13, 2024, counsel for Texas Childrens' Hospital ("TCH") disclosed to the Government the following information pertaining to defendant Eithan Haim, based on TCH's electronic medical records system, EPIC:

- On January 30, 2021, Haim entered progress notes for two adult patients.
- On April 19, 2021, Haim entered a progress note for a pediatric patient.
- On May 2, 2021, Haim entered a progress note for a pediatric patient.
- On May 3, 2021, Haim entered an operative note for a pediatric patient.
- On November 1, 2021, Haim entered an operative note for a pediatric patient.
- On November 13, 2021, Haim contributed to an operative note for a pediatric patient.
- On December 9, 2021, Haim is listed as a surgeon for a pediatric patient.
- On December 22, 2021, Haim is listed as a surgeon for a pediatric patient and accessed related patient records on December 22, 2021 and December 23, 2021.
- On April 14, 2023, Haim is listed as a resident on an operative note for an adult patient.

The Government understands that the above-listed dates occurred after Haim's residency rotation at TCH.

The Government has requested records related to these instances from TCH, which we will produce to the defense once they are provided.

Respectfully,

ALAMDAR HAMDANI
UNITED STATES ATTORNEY

<u>/s/ *Jessica Feinstein*</u>
JESSICA FEINSTEIN
TINA ANSARI
Assistant United States Attorneys