# EXHIBIT B

**Sunday, September 15, 2024 at 22:04:59 Central Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Letter re US v. Haim |
| **Date:** | Sunday, September 15, 2024 at 8:24:05 PM Central Daylight Time |
| **From:** | Feinstein, Jessica (USATXS) |
| **To:** | Patrick, Ryan |
| **CC:** | Ansari, Tina (USATXS), White Tyler (USATXS) |
| **Attachments:** | image001.png |

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

Ryan –

The Government opposes your renewed request for a continuance.

The Government learned the information contained in our September 13, 2024 letter from outside counsel for TCH during a meeting on September 12, 2024 to discuss scheduling of witnesses for trial, and a follow-up call with outside counsel on September 13, 2024.  Special Agent Nixon learned the information at the same time as counsel for the Government.

We have requested that TCH produce to the Government, as soon as possible, all records pertaining to Eithan Haim after the end of his residency rotation in December 2021, including but not limited to EPIC records and badge swipes at TCH facilities. We understand that TCH expects to produce these records to the Government this week. We will provide the records to the defense as soon as we have them.

We anticipate responding to your September 5 discovery demand letter within the next day or two.

Best,

Jessica