# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § § § v. EITHAN HAIM | Criminal No. 24-CR-00298 |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant's Opposed Motion for Continuance of the October 21, 2024 trial date is GRANTED.

THE COURT HEREBY FINDS that the ends of justice will be served by granting the continuance and such ends of justice outweigh the interests of the public and the defendant in a speedy trial. The issues in this case are "unusual and complex," such that it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by the Speedy Trial Act.

The Court will issue a separate order resetting the trial date at least 90 days after the current trial date.

_____
David Hittner
United States District Judge

IT IS SO ORDERED this _____ day of September, 2024