UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | Criminal No. 24-CR-00298 |
| V. | § | |
| | § | |
| EITHAN HAIM | § | |

# [PROPOSED] ORDER

Pending before the Court are the Government's Pretrial Motions (Dkt. No. 33). Having considered the motions, submissions, and applicable law, the Court determines that the Government's motions should be DENIED. Accordingly, the Court hereby:

**ORDERS** that the Government's Pretrial Motions (Dkt. No. 33) are **DENIED**.

_____
David Hittner
United States District Judge

IT IS SO ORDERED this \_\_\_\_ day of September, 2024