# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                                 Case Number: 4:24−cr−00298

Eithan David Haim

---

## Notice of Setting

**A proceeding has been set in this case as to Eithan David Haim as set forth below.**

**BEFORE:**
**Judge David Hittner**

**LOCATION:**
Courtroom 8A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/26/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Applicable defendant(s) required to be present at the hearing.

RE: Motion to Continue − #39

---

Date:   September 17, 2024                                               Nathan Ochsner, Clerk