United States District Court
Southern District of Texas
**ENTERED**
September 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 24-cr-00298 |
|---|---|---|---|

| UNITED STATES |
|---|
| *versus* |
| EITHAN HAIM |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jennifer G. Solari<br>Baker & Hostetler<br>1170 Peachtree St. NE<br>Atlanta, GA 30309<br>(404) 682-2333; jsolari@bakerlaw.com<br>D.C. Bar No. 987167 |
|---|---|

| Name of party applicant seeks to appear for: | Baylor College of Medicine<br>Texas Children's Hospital |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/17/2024 | Signed: *Jennifer G. Solari* |
|---|---|

| The state bar reports that the applicant's status is: ACTIVE |
|---|
| Dated: September 18, 2024 | Clerk's signature [signature] |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: September 18, 2024

_____
United States District Judge