# EXHIBIT B

The State Bar of Texas                List of Licensed Texas Attorneys NOT Eligible to Practice Law in Texas - Name Sort            Page 11 of 466

**9/18/2024**

(1) Default in payment of membership fees.  (2) Failure to comply with MCLE requirement.  (3) Disciplinary Sanctions.   (4) Default in payment of Occupation Tax.  (5) Failure to comply with Child Support requirement.
(6) Failure to comply with the *Justice James A. Baker Guide to Ethics and Professionalism in Texas Course* requirement.(7) Inactive Attorneys. (7*) Inactive Attorneys enrolled in NOVA program. (8) Expired Military Spouse license.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (1) | 01236900 | ANDO | TOBIN | SANTA ANA | (7) | 24101453 | ANGELO | TIARE | FOLSOM |
| (1) | 01237250 | ANDRE | CHARLES | HOUSTON | (2) | 01259580 | ANGELO | WYATT | GUNNISON |
| (1) | 24052687 | ANDRE | MICHAEL | AUSTIN | (1) | 08237900 | ANGELONE | PEGGY | BALTIMORE |
| (1) | 14974200 | ANDREL | VIKA | AUSTIN | (7) | 01260000 | ANGENEND | PAUL | KENNEBUNK |
| (7) | 00786986 | ANDREOTTI | ROBERT | SANTA FE | (2) | 24050230 | ANGERMAN | JEFFREY | DANIEL ISLAND |
| (7) | 01237300 | ANDRES | ALBERT | QUITMAN | (1,4) | 01260480 | ANGLE | JANE | COLORADO SPGS |
| (3) | 01237450 | ANDRES | ROBERT | HOUSTON | (4,7) | 00785667 | ANGLE | TIMOTHY | UNIVERSITY |
| (7) | 01240040 | ANDREWS | CAROLYN | NACOGDOCHES | (1) | 15269400 | ANGLY | SURRENDEN | AUSTIN |
| (7) | 01240050 | ANDREWS | CHARLTON | WASHINGTON | (1) | 01263400 | ANGSTADT | THOMAS | DALLAS |
| (1) | 00790035 | ANDREWS | DAVID | MIDLOTHIAN | (7) | 01264900 | ANIGIAN | TERRI | DALLAS |
| (3) | 01242000 | ANDREWS | EARL | ATHENS | (3,4) | 01264500 | ANINAO | V. ANTONIO | FRIENDSWOOD |
| (7) | 01242510 | ANDREWS | GAIL | LEWISVILLE | (7) | 24087106 | ANIS | SHAMOOR | WILMINGTON |
| (2) | 00785665 | ANDREWS | GINA | NEW BRAUNFELS | (1) | 00789077 | ANNALORA | TAMARA | INLET BEACH |
| (1) | 24029933 | ANDREWS | JIMMY | EL DORADO | (7) | 01266005 | ANNELIN | JAMES | THE WOODLANDS |
| (7) | 24009871 | ANDREWS | JOCELYN | SAN ANTONIO | (7) | 01266008 | ANNETT | DEBRA | CLINTON |
| (1) | 01247600 | ANDREWS | MARTA | HOUSTON | (7) | 01266010 | ANNIS | MELISSA | HOUSTON |
| (7) | 00792334 | ANDREWS | PAIGE | BEAUMONT | (1,4) | 01257050 | ANOZIE | CLEMENT | HOUSTON |
| (3) | 01248600 | ANDREWS | PAUL | CORPUS CHRISTI | (1) | 01266900 | ANS | MARTINS | GILLETTE |
| (7) | 01248700 | ANDREWS | R. C. | MESQUITE | (7) | 24045163 | ANSA | OTIS | WAYNE |
| (7) | 19278600 | ANDREWS | SUSAN | DALLAS | (1) | 24031704 | ANSARI | TINA | HOUSTON |
| (7) | 01250500 | ANDREWS | SYLVIA | EULESS | (7) | 01267000 | ANSCHUTZ | EVERETT | HOUSTON |
| (1) | 24046838 | ANDREWS | TONYA | ENGLEWOOD | (7) | 01267250 | ANSCHUTZ | KENT | AUSTIN |
| (7) | 24036140 | ANDREWS | TRACY | TRAVERSE CITY | (1,4) | 00789885 | ANSELMO | PAMELA | MIAMI BEACH |
| (2) | 01252000 | ANDREWS | WILLIAM | ROCKWALL | (7) | 24104782 | ANTALICS | DANIEL | MONTCLAIR |
| (1) | 24044897 | ANDREWS-ELWELL | TIFFANY | HOUSTON | (7) | 01268300 | ANTHONY | CYNTHIA | DALLAS |
| (7) | 12588800 | ANDRIES | EVA | AUSTIN | (7) | 01268500 | ANTHONY | ELAINE | HOUSTON |
| (2) | 01255000 | ANDRUS | CHARLES | HUMBLE | (3) | 01273000 | ANTHONY | JACK | DALLAS |
| (1) | 01255200 | ANDRUS | GORDON | HOUSTON | (7) | 24081705 | ANTHONY | JONAE | GILBERT |
| (1) | 00793267 | ANDRUS | JAMES | TEMPE | (1) | 24133113 | ANTHONY | NICHOLAS | METAIRIE |
| (7) | 24010551 | ANDRUS | LINA | PARIS | (4) | 13254500 | ANTHONY | RAUL B. | MAYAGUEZ |
| (7) | 24114060 | ANDUJAR | KATHERINE | CONCORD | (7) | 00790104 | ANTHONY | SARAH | DALLAS |
| (1,4) | 24036141 | ANGEL | BEVERLY JUNE | CEDAR CREEK | (7) | 01271800 | ANTHONY | THOMAS | ATLANTA |
| (7) | 01257100 | ANGEL | MICHAEL | CONWAY | (7) | 01274500 | ANTIN | MARY | HOUSTON |
| (3) | 01257200 | ANGEL | STEVEN | OKLAHOMA CITY | (7) | 01274600 | ANTLEY | ROY | KALISPELL |
| (7) | 01012912 | ANGEL | VIRGINIA | HOUSTON | (7) | 01274620 | ANTLEY | SUZANNE | BEND |
| (1) | 01258500 | ANGELL | DAVID | PLANO | (2) | 00796132 | ANTONINI | ALFRED | OAKLAND |
| (1) | 01258600 | ANGELL | JOHN | COLLEGE STA | (7) | 00786990 | ANTONIO | ALYSON | AIKEN |