# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | **Criminal No. 24-CR-00298** |
| **EITHAN HAIM** | § § § | |

## ORDER

Pending before the Court is defendant Eithan Haim's Motion for Show Cause Order. The Motion seeks to have Assistant United States Attorney Tina Ansari sanctioned for engaging in the practice of law with a suspended law license and to strike certain pleadings from the docket. Having considered the Motion, the Court finds the Motion legally sufficient;

**IT IS THEREFORE ORDERED** that Assistant United States Attorney Tina Ansari appear before this Court to show cause why she should not be held in contempt and the United States appear on the issue of striking the tainted filings from the record.

**IT IS FURTHER ORDERED** that the Clerk of this Court issue a Notice to Show Cause directing and requiring Tina Ansari and the United States to appear in the courtroom of the United States District Court for the Southern District of Texas, Courtroom 8A, 515 Rusk Street, Houston, TX 77002 on the _____ day of September, 2024 at _____, then and there to show cause why she should not be adjudged in contempt of this Court and sanctioned by reasons of the grounds set forth in the Motion.

_____
David Hittner
United States District Judge

IT IS SO ORDERED this _____ day of September, 2024