# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § |
| v. | § Criminal Action No: 4:24-cr-00298 |
| | § |
| EITHAN DAVID HAIM | § |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR SHOW CAUSE

TO THE HONORABLE DAVID HITTNER:

The defendant filed a motion for show cause regarding undersigned counsel's suspended law license on September 18, 2024. The Grand Jury returned a true bill on this case on May 29, 2024. Undersigned counsel's bar license expired on September 1, 2024 due to lack of payment. As of September 19, 2024, undersigned counsel's bar license is now active with the State Bar of Texas. Undersigned counsel changed addresses and as a result failed to get the usual reminder notice in the mail. Undersigned counsel unintentionally failed to pay bar dues, which have now been paid.

Additionally, the only filing done during this 19-day time frame was Response to Defendant's Motion for Continuance (Dkt. No. 35). This response was also filed with the prosecution team, Assistant United States Attorneys Jessica Feinstein and

1

Tyler White, both who had active bar licenses at the time of the filing. Finally, undersigned Counsel will re-file the government's Response to Defendant's Motion for Continuance (Dkt. No. 35).

In Conclusion, Government respectfully requests this Honorable Court to deny the defendant's request for show cause and any additional sanctions.

Respectfully submitted,

ALAMDAR HAMDANI
United States Attorney
Southern District of Texas

By:   *s/ Tina Ansari*_____
Tina Ansari
Assistant United States Attorney
1000 Louisiana Street, 25th Floor
Houston, Texas 77002
Tel.: (713) 567-9000