UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Case No. 4:24-CR-00298 |
| EITHAN DAVID HAIM | § § § | |
| Defendant. | § | |

## RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE OF JURY TRIAL

TO THE HONORABLE JUDGE HITTNER:

COMES NOW the United States of America, by and through Tina Ansari, Assistant U.S. Attorney, and respectfully makes the following request:

1. Defendant Haim is currently set for Jury Trial on October 21, 2024.

2. On May 29, 2024, a grand jury in the Southern District of Texas indicted the defendant with four counts of violating the criminal provisions of the Health Insurance Portability and Accountability Act ("HIPPAA").

3. On June 17, 2024 and July 1, 2024, the Government produced Rule 16 discovery to the defendant. The discovery in the case includes, among other things, Baylor and TCH training materials; HIPAA certifications and test results; TCH's electronic system (EPIC) access records; emails; video surveillance; hospital assignment and rotation

schedules; call detail records and a phone audio recording. The Government has also produced reports of interviews with witnesses.

4.   On June 26, 2024, the prosecution team sat down with defense counsel Ryan Patrick to walk through the Indictment and the evidence. During that meeting, both sides agreed on a date after the birth of the defendant's child. Both defense and the government agreed that October 21, 2024 would be an appropriate date for the jury trial.

5.   Prior to Indictment and as well as Post Indictment the defendant has spoken to numerous media outlets maligning the integrity of undersigned counsel and FBI agents. The defendant has publicly stated that he would like a speedy trial.

6.   On September 5, 2024, the day before pretrial motions were due, the defendant sent the Government a letter requesting various categories of "discovery" materials. Many of the categories comprise of materials that do not exist. The Government has already produced the vast majority of discovery in the case and will continuously review any new materials on an ongoing basis.

7.   The Government anticipates approximately two days to rest its case, the exhibits are not voluminous, and the Government anticipates 10 or less witnesses to testify at trial. The Government stands ready and is prepared for trial on October 21, 2024, or whenever the Court deems appropriate.

                         Respectfully submitted,

                         ALMADAR HAMDANI
                         United States Attorney

By:   <u>s/ Tina Ansari</u>
        Tina Ansari
        Jessica Feinstein
        Tyler White
       Assistant United States Attorneys
       Government Fraud
       1000 Louisiana
       Houston, Texas 77002
       (713) 567-9598

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing motion was delivered by Pacer and emailed to defense counsel of Haim on September 9, 2024.

                         <u>s/ Tina Ansari</u>
                         Tina Ansari
                         Assistant United States Attorney