United States District Court
Southern District of Texas
**ENTERED**
September 19, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § |
| v. | § Criminal Action No: 4:24-cr-00298 |
| EITHAN DAVID HAIM | § § |

### ORDER ON DEFENDANT'S MOTION FOR SHOW CAUSE

For good cause shown, it is hereby Ordered that the Defendant's Motion for Show Cause is Denied.

Signed at Houston, Texas, this **19** of **Sept**, 2024.

_____
District Court Judge David Hittner