JUDGE **DAVID HITTNER**
CASE MANAGER Joseph Wells    RPTR/TAPE Malone
LAW CLERK SB                  INTERPRETER

TIME ___ begin ___ A.M. ___ end    2:19 begin   3:06 end  P.M.    DATE 09/26/2024

CR. NO. 24-cr-298-1

UNITED STATES OF AMERICA
vs.

Tina Ansari, Tyler White, Jessica Feinstein AUSA

| Deft. No. | Deft. Name | | |
|---|---|---|---|
| 1 | Eithan Haim | § | Ryan Patrick, Jeffrey Hall, Marcella Burke, ☐ CJA |
| | | § | Mark Lytle  ☐ CJA |
| | | § | ☐ CJA |
| | | § | ☐ CJA |
| | | § | ☐ CJA |
| | | § | ☐ CJA |

add'l defts. on reverse side

## HEARING

☒ kmhrgh.  Motion hearing held.

☒  Hearing held on 39 OPPOSED MOTION TO CONTINUE

☐  Evidence presented (exhibits admitted or testimony given) on:

☒  Order to be entered.

☐  All motions not expressly decided are denied without prejudice to being reurged.

☐ kjytrl.  Jury trial set ___ at ___

☐ ko.(bnd.)  Deft ___ bond set/reduced to $ ___ ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐  Deft ___ failed to appear, bench warrant to issue.

☐  Deft ___ bond ☐ continued ☐ forfeited.

☐  Deft ___ remanded to custody.

OTHER RULINGS ___

Copy to:   USPO                    See reverse