AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| EITHAN DAVID HAIM | ) |
| *Defendant/Movant* | ) |
| v. | ) Case No. H-24-CR-298-1 |
| UNITED STATES OF AMERICA | ) |
| *Plaintiff/Respondent* | ) |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA, Respondent.

Date: September 27, 2024

/s/ Lauretta Bahry
*Attorney's signature*

Lauretta Bahry; TX 24012554
*Printed name and bar number*

U.S. Attorney's Office
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, TX  77002
*Address*

Lauretta.Bahry@usdoj.gov
*E-mail address*

(713) 567-9102
*Telephone number*

(713) 718-3302
*FAX number*

### Certificate of Service

I certify that this Notice of Appearance of Counsel was electronically filed with the United States District Clerk for the Southern District of Texas on September 27, 2024, and a true and correct copy served upon all counsel of record via the District Court's CM/ECF Notice of Electronic Filing.

/s/ Lauretta Bahry
LAURETTA BAHRY
Assistant U.S. Attorney