United States District Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | C.R. H-24-298 |
| Eithan Haim, | § | |
| Defendants. | § | |

## AMENDED DOCKET CONTROL ORDER – AMENDING THE FINAL PRETRIAL CONFERENCE DATE

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty," and having considered the Defendant's Renewed Motion for Continuance (Document No. 39), submissions, and the law, the Motion is hereby GRANTED. Accordingly, it is ORDERED that:

1. Proposed JURY QUESTIONS and JURY CHARGE will be filed by     November 18, 2024

2. FINAL PRETRIAL CONFERENCE     November 22, 2024 at 10:30 a.m.
   **DEFENDANT MUST BE PRESENT**

3. JURY selection and TRIAL set for     December 2, 2024 at 10:30 a.m.

This will constitute an excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A).

Direct questions about this schedule to JOSEPH WELLS, Courtroom Deputy Clerk, U.S. District Clerk's Office, P.O. Box 61010, Houston, Texas 77208; (713) 250-5511.

SIGNED on  Oct 4, 2024  at Houston, Texas.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE