United States District Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § § | Criminal Action No. H-24-298 |
| Eithan David Haim, | § § § | |
| Defendant. | § § § | |

### ORDER

In preparation for trial in the above styled matter, the Court notes the parties' interest in proposing a supplemental jury questionnaire in advance of trial. While the Court has not yet decided to permit submission of a supplemental jury questionnaire, the Court will review the submissions by the Government and Defendant. Accordingly, the Court hereby

**ORDERS** that parties shall submit their respective proposed supplemental jury questionnaires on or before Monday, October 21, 2024. The Court further

**ORDERS** that parties adhere to the Court's formatting requirements that submissions be limited to a maximum of three pages, double-spaced, in 14 pt Times New Roman font.

SIGNED at Houston, Texas, on this __4__ day of October, 2024.

*[signature]*

DAVID HITTNER
United States District Judge