USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

*October 10, 2024*

Nathan Ochsner, Clerk of Court

## HOUSTON DIVISION

USAO Number: 2023R03703

Magistrate Number:

SUPERSEDING INDICTMENT

Filed 10/10/2024

No. 4:24-cr-00298-S

Judge: **Hittner**

UNITED STATES of AMERICA

vs.

EITHAN HAIM

### ATTORNEYS:

| | Appt'd | Private |
|---|---|---|
| **Alamdar S. Hamdani, USA** — **(713) 567-9000** | | |
| TINA ANSARI, AUSA — (713) 567-9000 | | |
| RYAN PATRICK (713) 547-2314 | ☐ | ☑ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 4 )

Ct 1: Wrongful Disclosure of Individually Identifiable Health Information [42 U.S.C. 1320d-6 (a)(2) (b)(2)]

Cts. 2-4:  Wrongful Disclosure of Individually Identifiable Health Information  42 USC 1320d-6 (a)(2) and (b)(2); (b)(3)]

**PENALTY:**
Ct. 1: Up to 5 years imprisonment, $100,000.00 fine, not more than 3 years supervised release, and a $100 special assessment.
Cts. 2-4: Up to 10 years imprisonment, $250,000.00 fine, not more than 3 years supervised release, and a $100 special assessment, per count.

NOTICE OF CRIMINAL FORFEITURE [18 U.S.C. § 981(a)(1)(D)(vi) and (E), and 28 U.S.C. § 2461(c)]

☐ In Jail
☑ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

## PROCEEDINGS: