United States District Court
Southern District of Texas
**ENTERED**
October 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § EITHAN HAIM § § § § § § § § § § § § § | CRIMINAL NO: 4:24-cr-00298-S |

**ORDER FOR ISSUANCE OF NOTICE**

A  SUPERSEDING INDICTMENT  has been filed against the defendant who is

☑ Released on Conditions   ☐ Detained   ☐ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant  October 23, 2024

at  2:00 pm  .

SIGNED at Houston, Texas, on  October 10 , 20 24 .

UNITED STATES MAGISTRATE JUDGE