# EXHIBIT B

FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry  04/09/2024

On April 8, 2024, LINDA JANE MAYFIELD, Project Analyst, Texas Children's Hospital (TCH) Department of Surgery, was interviewed by SA Paul Nixon and AUSA Tina Ansari. Attorneys Greg Saiken, Lisa Houssiere, and David Stockel were present during the interview. After being advised of the interviewing Agent and the nature of the interview, MAYFIELD provided the following information:

MAYFIELD has had time to review her emails and records related to EITHAN HAIM since her interview on February 12, 2024.

MAYFIELD has completed two years of college. MAYFIELD has worked at TCH as a Project Analyst since 2011. As part of her job duties, MAYFIELD coordinates the on-boarding process for medical students, residents, fellows, physician's assistants, and nurse practitioners. These individuals get computer and badge access to TCH as part of their on-boarding process. MAYFIELD submits individual requests for each of the above to obtain access to TCH's campus and computer systems.

MAYFIELD does not credential or provide approvals for access. The graduate medical education entity for the student provides the credentials and verifications. For on-boarding access, new residents receive all of the following: computer access, access to the Epic system, Vericis, CardioIMS, remote access, and email access. A single person would have computer access, network access, and surgical and medical records access set up for them by MAYFIELD and all individually approved by their general surgery supervisor.

MAYFIELD met HAIM one time during his on-boarding process. MAYFIELD remembered him because she thought he was creepy and was awkward in public interactions. MAYFIELD would recognize HAIM if she saw him. Based on her review of records, MAYFIELD started the process of on-boarding HAIM in March, 2018, prior to his arriving at BAYLOR as a new resident.

BAYLOR residents typically require access to TCH during the first three or four years depending on BAYLOR assigns them to rotations. The badges and computer access expire when there is a significant lapse in their use.

Investigation on  04/08/2024  at  Houston, Texas, United States (In Person)

File # 209E-HO-3772250                                           Date drafted  04/08/2024

by Paul Nixon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

MAYFIELD indicated that time expiration time might be as long as a year. MAYFIELD later stated that any account not used for 120 days is permanently deactivated and new login ids must be requested to reactive the associated access.

HAIM was a general surgery resident. MAYFIELD does not know the schedule for individual surgery resident rotations at TCH, but they are typically during years one, two, and three. MAYFIELD indicated that fifth year residents are mostly at BEN TAUB or ST. LUKES, but they may still see patients at the TCH Women's Pavilion.

A series of emails were reviewed with MAYFIELD. MAYFIELD maintains her own backup of email records associated with residents for whom she coordinates TCH access. MAYFIELD produced some of her records and these items are being maintained in the files of the FBI in the attached 1A envelope.

In September, 2022, HAIM requested that MAYFIELD reinstate his access to TCH's systems. MAYFIELD often gets email requests for reactivation so the request was nothing unusual. To verify authorization to have access, MAYFIELD reviews the requestor's information against a spreadsheet and other records she maintains showing the individual's dates of residency and confirms if they are still at BAYLOR.

October 4, 2022, an HAIM sent an email request for remote access. apparently the account had not been registered for remote access, and HAIM needed to register with the IT department to obtain remote access. October 6, 2022, HAIM was again made aware that remote access was available, but HAIM needed to register with the IT service desk.

January, 20, 2022, HAIM again requested access to the TCH systems as if he had not previously asked before. HAIM mentions a need to provide care to adult patients but makes no mention of pediatrics. HAIM is at ST. LUKES, and MAYFIELD does not know what specific job duties might require him to have access, but MAYFIELD is aware that HAIM is allowed to have access as a resident.

HAIM contacted MAYFIELD additional times by email and has his user id and password provided. These emails were reviewed with her. MAYFIELD confided that she was becoming annoyed with HAIM by the time his access was successfully reactivated. MAYFIELD sometimes receives multiple reactivation requests, but HAIM's requests were frequent and not followed through with when she reactivated his accounts. MAYFIELD noted that it is unusual to have multiple reactivation requests spanning months like HAIM's.

209E-HO-3772250

Continuation of FD-302 of  (U) Linda Mayfield  , On 04/08/2024 , Page 3 of 3

April 14, 2023, MAYFIELD advises HAIM that his access has to be used within a day or it will be deactivated. MAYFIELD initiated this email because HAIM had come to her office to see her in person regarding his access. MAYFIELD noted that her office has snacks and drinks for residents, but HAIM had no history of coming to her office for refreshments. HAIM came directly to her desk to discuss his access and departed afterwards. Although MAYFIELD described her third floor office as easy to find, she indicated the trip from ST. LUKES would take five or six minutes of walking and would not be easy for someone unfamiliar with TCH's building to find.

During their conversation, HAIM informed MAYFIELD his access had expired and he needed it reactivated in order to see patients. MAYFIELD had no way to know for certain if HAIM needed to see patients, and she re-activated his access based upon his status as a resident at BAYLOR. Prior to this interaction, MAYFIELD had only seen HAIM one time during his on-boarding.

Additional emails between HAIM and MAYFIELD related to HAIMS request for computer access were reviewed with MAYFIELD.

First year residents rotate through each institution in the residency program including TCH, the VA, BEN TAUB, etc. on shorter rotations.