UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § § § | Criminal Action No: 4:24-cr-00298 |
| EITHAN DAVID HAIM | | |

### UNITED STATES' PROPOSED SUPPLEMENTAL JURY QUESTIONS

TO THE HONORABLE COURT:

The United States respectfully proposes the following supplemental jury questions:

1. What news media sources do you read, watch, or listen to? [newspapers, TV, podcasts, online sources, social media]

2. Have you learned anything in the media about the defendant Eithan Haim? If yes, please explain.

3. Have you had any training or experience in the medical field? If yes, please explain.

4. Are you familiar with Texas Children's Hospital? If yes, do you have a good, bad, or neutral opinion towards the hospital? Please explain.

5. Have you had an experience with a child with a significant medical issue? If yes, please explain.

6. Do you think patient privacy related to health matters is an important right? If yes, please rate how important you think patient privacy is on a scale of 1-10, with 10 being the most important.

7. Do you have an opinion on the topic of medical interventions for children who identify as transgender? If yes, please rate your opinion on a scale of 1-10, with 10 having a very strong opinion.

                                  Respectfully submitted,

                                  ALAMDAR S. HAMDANI
                                  United States Attorney

                        By:   /s/ Tina Ansari
                                Tina Ansari
                                Tyler White
                                Jessica Feinstein
                                Assistant United States Attorneys
                                United States Attorney's Office
                                1000 Louisiana Street, Suite 2300
                                Houston, Texas 77002
                                Jessica.feinstein@usdoj.gov
                                (713) 567-9000

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024 a true and correct copy of the foregoing pleading was served on the Defendants' counsel of record via the Court's Electronic Case File system.

/s/ Tina Ansari
Tina Ansari
Assistant U.S. Attorney