UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Criminal No. 24-CR-00298 |
| EITHAN HAIM | § § | |

**DEFENDANT'S PROPOSED SUPPLEMENTAL JURY QUESTIONNAIRE**

Defendant, Dr. Eithan Haim, by and through undersigned counsel, hereby submits his proposed supplemental jury questionnaire pursuant to the Court's Order issued on October 4, 2024. (ECF # 72).

1. The gender and age of any children:

2. Please provide current occupation, name of employer, and number of years employed, including self-employment (if retired, please give this information about the last occupation) for you and all persons who live with you (for example, children, parents, roommates), and any adult children not living with you.

3. Have you ever served in the military?

4. Have you ever served on a jury? If so, where, when, and what kind of case (i.e., criminal, civil)? What verdict was rendered?

5. Do you have any knowledge of medicine or law? If so, what is your background?

6. Do you have any feelings about medical treatments or procedures performed on minor children who identify as transgender or gender non-conforming? If so, please describe.

7. Have you, your family, or close circle of friends had any exposure to anyone who felt strongly about or underwent any procedures to change sex or gender? If so, please describe.

8. Have you, your family member, or anyone in your close circle of friends identified as transgender or gender non-conforming? If so, please describe.

9. Have you, your family, or close circle of friends had a bad experience with health care which would affect your ability to be fair and impartial to both sides? If so, please explain.

10. Have you, your family, or close circle of friends had any exposure to anyone who came forward to expose what they believed to be wrongdoing? If so, please describe.

11. Do you have any feelings about people who come forward to expose wrongdoing in the workplace?

12. Do you have any feelings about an individual who challenges a large organization, even if that person faces significant consequences for doing so?

Dated: October 21, 2024

Respectfully submitted,

Marcella C. Burke
TX State Bar 24080734
SDTX No. 1692341
Burke Law Group, PLLC
1000 Main St., Suite 2300
Houston, TX 77002
Tel: 832.987.2214
Fax: 832.793.0045
marcella@burkegroup.law

Ryan Patrick
Attorney-in-Charge
TX State Bar 24049274
SDTX No. 3006419
Haynes and Boone LLP
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Tel: 713.547.2000
Fax: 713.547.2600
ryan.patrick@haynesboone.com

Jeffrey A. Hall
VA State Bar 82175
SDTX No. 3885025
Burke Law Group, PLLC
2001 L. Street N.W., Suite 500
Washington, D.C. 20036
Tel: 832.968.7564
Fax: 832.793.0045
jeff@burkegroup.law

Mark D. Lytle
DC Bar 1765392
SDTX No. 3884197
Nixon Peabody LLP
799 9th Street NW, Suite 500
Washington, D.C. 20001
Tel: 202.585.8435
Fax: 202.585.8080
mlytle@nixonpeabody.com

**ATTORNEYS FOR DEFENDANT EITHAN DAVID HAIM**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing document has been filed and served on October 21, 2024, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Marcella C. Burke*
Marcella C. Burke