United States District Court
Southern District of Texas
**ENTERED**
October 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| v. | § | Criminal Action No. H-24-298 |
| | § | |
| EITHAN DAVID HAIM, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Pending before the Court is Defendant Eithan Haim's Motion for Grand Jury Material (Document No. 84). Having considered the motion, submissions, and applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant Eithan Haim's Motion for Grand Jury Material (Document No. 84) is **DENIED**.

SIGNED at Houston, Texas, on this **29** day of October, 2024.

DAVID HITTNER
United States District Judge