# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | **Criminal No. 24-CR-00298** |
| **EITHAN HAIM** | § § § | |

## [PROPOSED] ORDER

Pending before the Court is defendant, Eithan Haim's Motion to Dismiss and Motion to Strike. Upon consideration, it is hereby

**ORDERED** that the Defendant's Motion is **GRANTED**, and the case is dismissed with prejudice.

**SO ORDERED**

_____
David Hittner
United States District Judge

Date: _____