United States District Court
Southern District of Texas
**ENTERED**
November 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § | |
| v. § | Criminal Action No. 24-cr-00298 |
| § | |
| EITHAN DAVID HAIM § § § § | |

## ORDER

Pending before the Court is Defendant Eithan David Haim's Motion to Dismiss the Superseding Indictment (Document No. 91). Having considered the motion, submissions, and applicable law, the Court determines that, pursuant to the Defendant's request, a status conference is warranted to discuss pertinent matters in this case, including: (1) the Defendant's pending motion; (2) certain Government filings; and (3) the potential for a gag-order issuance in the present matter. Accordingly, the Court hereby

**ORDERS** that a status conference will be held before the Court on Tuesday, November 12, 2024, at 3:00 PM. The Court further

**ORDERS** that the lead attorneys for both parties, and the Defendant Eithan David Haim, are ordered to appear for the above-referenced status conference.

SIGNED at Houston, Texas, on this __7__ day of November, 2024.

_____
DAVID HITTNER
United States District Judge