United States District Court
Southern District of Texas
**ENTERED**
November 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § | |
| v. | | Criminal Action No. 24-cr-00298 |
| EITHAN DAVID HAIM | | |

## ORDER

Having considered Defendant Eithan David Haim's Motion to Dismiss the Superseding Indictment and Request for a Hearing (Document No. 91), the Court scheduled a status conference for November 12, 2024, at 3:00 PM.[1] After receiving notice of scheduling conflicts from Defendant's lead counsel, the Court finds it necessary to reset the status conference to Friday, November 15, at 2:30 PM. Accordingly, the Court hereby

**ORDERS** that the status conference currently scheduled before the Court on Tuesday, November 12, 2024, at 3:00 PM shall be re-scheduled to Friday, November 15, at 2:30 PM. The Court further

**ORDERS** that the lead attorneys for both parties, and the Defendant Eithan David Haim, are ordered to appear for the above-referenced status conference.

---

[1] *Court Order*, Document No. 94 at 1.

SIGNED at Houston, Texas, on this __8__ day of November, 2024.

_____
DAVID HITTNER
United States District Judge