| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
v. § CASE NUMBER 4:24cr298
§
§
§

Eithan David Haim

Thumbdrive USB ( Video/ Audio) forwarded to the Shelving Area. Exhibit

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☒ IN ~~BROWN~~ GREEN EXPANDABLE FOLDER

INSTRUMENT #_____