JUDGE **DAVID HITTNER**
CASE MANAGER: Joseph Wells     RPTR/TAPE Alcaraz
LAW CLERK SB                   INTERPRETER

TIME ____|____ A.M.  2:34 - 3:34 | 4:01 - 4:02 P.M.   DATE 11/15/2024
       begin  end              begin      end

## CR. NO. 4:24-cr-298

UNITED STATES OF AMERICA                § Tina Ansari, Tyler White, Jessica Feinstein AUSA
          vs.                           §
                                        §
Deft. No.   Deft. Name                  §
1           Eithan David Haim           § Ryan Patrick, Jeffrey Hall, Marcella Burke, ☐ CJA
                                        § ☐ CJA
                                        § ☐ CJA
                                        § ☐ CJA
                                        § ☐ CJA
                                        § ☐ CJA
                                        § ☐ CJA
add'l defts. on reverse side

## HEARING

☐ kmhrgh.    Motion hearing held.
☒ ...        Hearing held on Status Conference Re 91 Opposed Motion to Dismiss / Strike
☐ ...        Evidence presented (exhibits admitted or testimony given) on:

☐ ...        Order to be entered.
☐ ...        All motions not expressly decided are denied without prejudice to being reurged.
☐ kjytrl.    Jury trial set _____ at _____
☐ ko.(bnd.)  Deft ____ bond set/reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ ...        Deft ____ failed to appear, bench warrant to issue.
☐ ...        Deft ____ bond ☐ continued ☐ forfeited.
☐ ...        Deft ____ remanded to custody.

OTHER RULINGS
Government's motion to strike language in superseding indictment denied. Pretrial conference and trial to be continued. Order on 91 to issue.

Copy to: USPO                    See reverse