# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Criminal Action No: 4:24-cr-00298 |
| EITHAN DAVID HAIM | § § § | |

## SEALED NOTICE OF INTENT TO PRESENT
## SECOND SUPERSEDING INDICMENT

TO THE HONORABLE DAVID HITTNER:

The Government respectfully submits this notice to the Court that the Government has reconsidered its position, and will seek a second superseding indictment of the defendant, Eithan Haim. The Government expects to present to the grand jury this week.

The new indictment will correct minor errors in the prior indictment, including replacing "Subchapter XL" with "Subchapter XI," and omitting the unnecessary "and/or use" language from Counts Two through Four. Since the new indictment will merely correct errors and omit surplusage, and will not change the charges, the Government does not anticipate that any new or additional discovery will be necessary.

The Government is ready to proceed to trial at the Court's earliest convenience.

We respectfully request that this notice be filed under seal since it discusses a matter pending before the grand jury.

Date: November 18, 2024

        Respectfully submitted,

        ALAMDAR HAMDANI
        United States Attorney,
        Southern District of Texas

        By:   *s/ Tina Ansari*
              Tina Ansari
              Tyler S. White
              Jessica Feinstein
              Assistant United States Attorneys
              1000 Louisiana Street, 25th Floor
              Houston, Texas 77002
              Tel.: (713) 567-9000; FAX: (713) 718-3303
              *Counsel for the United States of America*