# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **Under Seal** |
| | § | |
| EITHAN HAIM | § | |
| | § | |
| Defendant | § | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE UNITED STATES

The United States, by and through undersigned counsel, respectfully request that the Court permit, Tina Ansari to withdraw as counsel of record for the United States.

Assistant United States Attorneys Jessica Feinstein and Tyler White will continue to represent the United States in this case. Given this continued representation, the withdrawal of Tina Ansari will not delay the progress of this case, otherwise interrupt the working operation of the Court, or be manifestly unfair to either Party.

Accordingly, the undersigned counsel respectfully requests that the Court enter an Order withdrawing Tina Ansari from this case and removing her name from the Court's CM/ECF notifications for this action.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By: *s/ Tina Ansari*
Tina Ansari
Assistant United States Attorney
Southern District of Texas

## CERTIFICATE OF SERVICE

      I certify that on November 20, 2024 I electronically filed this Motion to withdraw using the CM/ECF system, which sent notification to counsel of record.

      By:    *s/ Tina Ansari*
              Tina Ansari
              Assistant United States Attorney