UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | **UNDER SEAL** |
| EITHAN HAIM § § | |
| Defendant § | |

**PROPOSED ORDER**

THIS MATTER is before the Court on the United States' Motion to Withdraw Tina Ansari as Counsel of Record for the United States. For good cause shown, the Government's motion is GRANTED.

SIGNED at Houston, Texas on _____, 2024.

                                                                                                         _____
                                                                                                         Honorable David Hittner
                                                                                                         United States District Judge