IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Criminal Action No: 4:24-cr-00298 |
| EITHAN DAVID HAIM | § | |

### GOVERNMENT'S PROPOSED GAG ORDER

As to Defendant EITHAN DAVID HAIM, his attorneys of record, and any agents in their employ working on behalf of the Defendant, it is hereby **ORDERED:**

1. No person covered by this order shall make any statement to members of television, radio, newspaper, magazine, internet, or other media organization, or shall publicly post or re-post any statement on the internet, including social media websites such as X, Facebook, or LinkedIn, that could interfere with a fair trial or otherwise prejudice the Defendant, the Government, or the administration of justice.

2. Nothing set forth above shall prohibit any of the parties from the following:

    a. Stating, without elaboration or any kind of characterization whatsoever:

1

      i. The general nature of an allegation or defense made in this case;

      ii. Information contained in the public record of this case;

      iii. Scheduling information;

      iv. Any decision made or order issued by the court which is a matter of public record.

b. Explaining, without any elaboration or any kind of characterization whatsoever, the contents or substance of any motion or step in the proceedings, to the extent such motion or step is a matter of public record in this case and any ruling made thereon to the extent that such ruling is a matter of public record.

Dated this ___ day of _____, 2024.

_____
HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS