EXHIBIT B

(UNDER SEAL)



**Marcella Burke** @MarcellaBurke · 12h

1/ The government's lead attorney prosecuted @EithanHaim while unlicensed—a direct violation of ethical and professional rules. This only came to light when the defense discovered and pointed it out. Typical of the bungling, illicit, twitching pile of catastrophe that is this

Show more



```
14:39:57 21        Also, the other problems we had with the lead
         22   prosecutor was that you had a suspended license for a while, and
         23   it's only when it was pointed out by the defense that I guess
         24   you went back to the state bar and corrected it.  And, what is
         25   it -- also, the government late disclosures.
```

6   70   449   13K



**Marcella Burke** @MarcellaBurke · 12h

2/ The court challenges the government for sloppy drafting:

"[W]ell, it's obvious that the government didn't proofread or review the superseding indictment to prevent these errors."

"Well, who 's proofreading? All of you?"

 2   35   349   13K    

**Marcella Burke** @MarcellaBurke · 12h

3/ Even worse and indeed fatal to their case, their superseding indictment is riddled with nonexistent statutes alleging crimes that don't exist. How does this happen in a case of this magnitude?

```
 9        So the first question I have for you, okay -- well,
10   it's obvious that the government didn't proofread or review the
11   superseding indictment to prevent these errors, but are you
12   going to file another superseding indictment or what?
13        MS. ANSARI:  No, Your Honor --
14        THE COURT:  Then how are you going to go ahead with
15   the word "use" when it's not in the statute?
16        MS. ANSARI:  Your Honor, we --
17        THE COURT:  How do you get around that?
18        MS. ANSARI:  Yes.  We agreed to strike that language
19   in our response.
20        THE COURT:  You tell me.
21        MS. ANSARI:  Yes.  So we are happy to strike the word
22   "use," Your Honor.
23        THE COURT:  So how are you -- how are you going to --
24   what are you going to plead?  Where's the key language?
25        MS. ANSARI:  The key language that's in the statute,
```

 6  58  395  56K  

 **Marcella Burke** @MarcellaBurke · 12h

4/ Prosecutors try to manufacture a new crime by adding the word "use" to the charges.

Per the court, "Okay. Let me ask you this: How come you [sic] took "wrongfully discloses" from the first indictment, and all of a sudden now you're using "use," and you want me to strike it?"

```
                                                              10
1        THE COURT:  Okay.  Let me ask you this:  How come you
2   just change -- you took "wrongfully discloses" from the first
3   indictment, and all of a sudden now you're using "use," and you
4   want me to strike it -- or you want to strike it?
```

 3  32  328  9.8K

 **Marcella Burke** @MarcellaBurke · 12h

5/ The judge scolds the prosecution for dumping new, key evidence from Texas Children's Hospital just one month before trial. This forced delays, and punished the defense of @EithanHaim for the government's failure to share evidence in a timely manner. So much for a fair and
Show more

```
                                                               7
1           On September 13th, 2024, the government disclosed
2   that -- we had an initial trial date.  All of a sudden
3   everything goes haywire on the date because the government
4   disclosed the existence of additional discovery from Texas
5   Children's Hospital on September 13th, 2024.  This discovery was
6   given to Haim one month -- one month before the initial trial
7   date.  That's why we had to kick it down the road a bit and why
8   it's set, I think, for early in December.
```

 2  32  343  9.7K 

**Marcella Burke**  @MarcellaBurke · 12h

6/ Prosecutors ignored case law precedent entirely throughout their argument, opting to define key language however they please and without citing precedent. The judge repeatedly asked for case law; they had none, revealing the emperor has no clothes.

```
 5            MS. ANSARI:   Your Honor, it is -- we're just agreeing
 6   that we don't need it.   It's and/or use.
 7            THE COURT:    Okay.   I believe -- we'll hear from the
 8   defense on this point, but -- so you're saying, what, it's just
 9   minor points?
10            MS. ANSARI:   Yes, Your Honor.
11            THE COURT:    All right.   What's your best case on it?
12   We've done research on that.
13        (Sotto voce discussion between Ms. Ansari and
14        Ms. Feinstein.)
15            MS. ANSARI:   I can get back to you on the best case,
16   Your Honor.  I'm not -- on what issue, on taking out "use"?
```

1     32    ♡ 319    ili 9.1K



**Marcella Burke** ✓ @MarcellaBurke · 12h

7/ When we argued that HIPAA's Privacy Rule cannot create a felony, as Congress never incorporated it into the criminal statute, the prosecutors refused to respond, effectively conceding the point. I again emphasize that these are AUSAs, supposedly be the best of the best.

```
R. PATRICK:   And they have decided,        HE COURT:   Yeah.
essing our constitutional concerns o        R. HALL:    -- but it is very clear, a
, they've misquoted the privacy rule        so Congress itself, when it's refer
o there, on its face, there is no cr        e, has noted that as a separate sect
ling to strike that, and you allow t        rity Act, and HHS also, when it has
ve challenged the privacy rule on co        , has recognized that there's two st
at it is not a crime, and we go into       that on the one hand they have the a
f on Congress has gone back to HIPPA        t we think of as HIPPA that's been c
HE COURT:   Is that the 25-pager?           separate provision that give them t
R. PATRICK:   Yes, sir.                     regulations, but that was never inco
                                            civil --
```

💬 6    🔁 32    ♥ 347    📊 8.1K    🔖  ↑

 **Marcella Burke** ✓ @MarcellaBurke · 12h

8/ The government again tried to "strike" problematic language mid-case instead of filing a third, corrected version, and like a child hiding something broken from her parent, pretending there's nothing to see. The court denied the motion to strike.



💬 1   🔁 26   ♡ 300   📊 7.4K

 **Marcella Burke** ✓ @MarcellaBurke · 12h

9/ The government offers no clear definitions of key words in their indictment. They're weaponizing vagueness, leaving the defense guessing how to respond. This isn't just unfair—it's a violation of due process. An entirely baseless case.



💬 2   🔁 33   ♡ 341   📊 8.3K

 **Marcella Burke** ✓ @MarcellaBurke · 12h

10/ @EithanHaim fulfilled his duty as a whistleblower without exposing private records. But instead of investigating the misconduct he revealed, the government targets him for purely political purposes. This case is pure retaliation poorly disguised as prosecution.

💬 2   🔁 56   ♡ 420   📊 71K

     

**Marcella Burke** @MarcellaBurke · 12h

11/ Sloppy indictments, last-minute evidence dumps, and constitutional evasion: this case is the poster child for prosecutorial overreach. @EithanHaim trial isn't about justice—it's about silencing someone who stood up against the regime for what is right.

3  48  378  7.6K

**Marcella Burke** @MarcellaBurke · 12h

12/ @EithanHaim deserves peace and the public deserves answers. Why are we here? Why does the government get away with such glaring failures in such a high-stakes case? And how low has the standard for US Attorneys fallen under the Biden administration?

5  30  366  6.5K



tl **Marcella Burke reposted**


**Coastal Country Clul** ✓ @ccmembersonly · 6h
Wherein the DOJ is prosecuting a doctor-whistleblower with frivolous "HIPPA violations" in retaliation for him exposing a secretive and fraudulent pediatric gender clinic (horror-movie stuff) at a Texas children's hospital:

1: The DOJ attorney did not have a valid license to
Show more



>  **Marcella Burke** ✓ @MarcellaBurke · 12h
>
> 🚨 BREAKING: Prosecutorial Misconduct continues to be EXPOSED in Whistleblower @EithanHaim's case. A 🧵:

💬 7   🔁 58   ♡ 292   📊 18K   🔖 ⬆️


**Marcella Burke** ✓ @MarcellaBurke · 3h
First principles first! @ClaremontInst is an institution and I'm a proud alum of its esteemed John Marshall Fellowship. 🇺🇸

⟲ Marcella Burke reposted

 **Coastal Country Club** ✓
@ccmembersonly

Follow

Wherein the DOJ is prosecuting a doctor-whistleblower with frivolous "HIPPA violations" in retaliation for him exposing a secretive and fraudulent pediatric gender clinic (horror-movie stuff) at a Texas children's hospital:

1: The DOJ attorney did not have a valid license to practice law.

2: The DOJ attorney is making up law and statutes in filings.

3: The DOJ attorney has no supporting case law.

4: The DOJ attorney apparently discovering evidence only ~30 days before scheduled trial.

This DOJ slop-prosecutor is Tina Ansari (pic attached). She should not be allowed to practice law, let alone as DOJ prosecutor.

They are doing this to send a message to anyone that thinks about whistleblowing on child-tranny operations.

attached). She should not be allowed to practice law, let alone as DOJ prosecutor.

They are doing this to send a message to anyone that thinks about whistleblowing on child-tranny operations.

@EithanHaim protected children's lives at personal risk and is a hero. He is defending this slop-prosecution, which isn't cheap and which most people can't afford.



🧑 **Marcella Burke** ✓ @MarcellaBurke · 12h
🚨 BREAKING: Prosecutorial Misconduct continues to be EXPOSED in Whistleblower @EithanHaim's case. A 🧵:

6:03 AM · Nov 20, 2024 · **18.9K** Views