USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*November 20, 2024*

Filed Nathan Ochsner, Clerk of Court

No. 4:24-cr-00298-S

USAO Number: 2023R03703

Magistrate Number:

SECOND SUPERSEDING INDICTMENT

Judge: **Hittner**

**ATTORNEYS:**

**Alamdar S. Hamdani, USA**          **(713) 567-9000**

JESSICA FEINSTEIN, AUSA          (713) 567-9000

UNITED STATES of AMERICA

vs.

EITHAN DAVID HAIM

RYAN PATRICK (713) 547-2314          Appt'd [ ]   Private [✓]

**CHARGE:**
(TOTAL)
(COUNTS:)
( 4 )

Ct. 1: Wrongful Disclosure of Individually Identifiable Health Information [42 U.S.C. 1320d-6 (a)(2) and (b)(2)]

Cts. 2-4: Wrongful Disclosure of Individually Identifiable Health Information [42 U.S.C. 1320d-6 (a)(2) and (b)(2); (b)(3)]

**PENALTY:** Ct. 1: Up to 5 years imprisonment, $100,000 fine, not more than 3 years supervised release, and a $100 special assessment.
Cts. 2-4: Up to 10 years imprisonment, $250,000 fine, not more than 3 years supervised release, and a $100 special assessment, per count.

NOTICE OF CRIMINAL FORFEITURE [18 U.S.C. § 981(a)(1)(D)(vi) and (E), and 28 U.S.C. § 2461(c)]

[ ] In Jail
[✓] On Bond
[ ] No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**