UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 21, 2024
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO: |
| | § | **4:24-cr-00298-S** |
| EITHAN DAVID HAIM | § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a SECOND SUPERSEDING INDICTMENT has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on November 26, 2024 at 01:00 PM. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

EITHAN DAVID HAIM

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on November 20, 2024.

_____
UNITED STATES MAGISTRATE JUDGE