United States District Court
Southern District of Texas
**ENTERED**
November 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § § |
| v. | § § Criminal Action No. 24-CR-00298 |
| EITHAN HAIM | § § § § |

ORDER

Pending before the Court is the Government's Motion to Withdraw as Counsel of Record for the United States (Document No. 104). Having considered the motions, submissions, and applicable law, the Court determines that the Government's motion should be granted. Accordingly, the Court hereby

**ORDERS** that Government's Motion to Withdraw as Counsel of Record for the United States (Document No. 104) is **GRANTED**.

SIGNED at Houston, Texas, on this **21** day of November, 2024.

_____
DAVID HITTNER
United States District Judge