United States District Court
Southern District of Texas
**ENTERED**
November 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § § |
| v. | § Criminal Action No. 24-CR-00298 |
| EITHAN HAIM | § § § § |

### ORDER

Pending before the Court is the Government's Motion for the Issuance of a Gag Order (Document No. 105). Having considered the motions, submissions, and applicable law, the Court determines that a motion hearing is warranted to discuss the potential for a gag-order issuance in the present matter. Accordingly, the Court hereby

**ORDERS** that a motion hearing will be held before the Court on Tuesday, December 3, 2024, at 2:00 PM. The Court further

**ORDERS** that the lead attorneys for both parties, and the Defendant Eithan David Haim, are ordered to appear for the above-referenced motion hearing.

SIGNED at Houston, Texas, on this 21 day of November, 2024.

DAVID HITTNER
United States District Judge