Case 4:24-cr-00298   Document 116   Filed on 11/22/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § § |
| v. | §  Criminal Action No. 24-CR-00298 |
| EITHAN HAIM | § § § § |

## ORDER

Pending before the Court is Defendant Eithan Haim's Motion to Dismiss the Superseding Indictment (Document No. 91). Having considered the motion, submissions, and applicable law, the Court determines that Defendant's motion should be denied as moot. Accordingly, the Court hereby

**ORDERS** that Defendant Eithan Haim's Motion to Dismiss the Superseding Indictment (Document No. 91) is **DENIED AS MOOT**.

SIGNED at Houston, Texas, on this 22 day of November, 2024.

_____
DAVID HITTNER
United States District Judge