# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § <br> § <br> **V.** § <br> § <br> **EITHAN HAIM** § <br> § <br> § | **Criminal No. 24-CR-00298** |

## [PROPOSED] ORDER

Pending before the Court is the Motion to Intervene and Motion to Unseal filed by Not the Bee, LLC. Having considered the motions, submissions, and applicable law, the Court determines that the motions should be granted. Accordingly, the Court hereby:

**ORDERS** that Not the Bee, LLC's Motion to Intervene for the limited purpose of moving to unseal is **GRANTED,** and

**ORDERS** that Not the Bee, LLC's Motion to Unseal is **GRANTED,** and that docket entry numbers 101, 104, 107, and 108 are to be unsealed.

**SO ORDERED.**

_____
Hon. David Hittner
United States District Judge

Date: _____