UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § | Criminal No. 24-CR-00298 |
| V. | | |
| EITHAN HAIM | | |

## DEFENDANT'S UNOPPOSED MOTION TO WAIVE APPEARANCE

EITHAN HAIM respectfully asks this Court to accept his waiver of appearance at the arraignment scheduled for November 26, 2024.

**I.**

EITHAN HAIM is scheduled to appear before this Court on November 26, 2024, for an arraignment. Mr. Haim and defense counsel have together reviewed that indictment, and Mr. Haim understands the charges. His plea is NOT GUILTY.

**II.**

Fed. R. Crim. P. 10(b) allows a defendant to be absent from arraignment if three conditions are met: (1) he has been charged by indictment or information; (2) he, "in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that [he has] received a copy of the indictment or information and that the plea is not guilty"; and (3) the Court accepts the waiver.

The first two conditions are met. The government has charged Mr. Haim by indictment and, he and counsel signed the attached waiver, wherein Mr. Haim states

that he has received a copy of the indictment, waives appearance at arraignment, and that his plea is not guilty.

Mr. Haim respectfully asks that this Court accept his waiver of appearance. He and counsel have discussed the nature of the charges and the possible penalties he faces if convicted. He also understands that he is required to appear at all future hearings in this case, and he knows he must abide by all conditions of release.

Mr. Haim respectfully asks that this Court accept his attached waiver and allow his counsel to enter a not guilty plea on his behalf at the arraignment.

_____  11-25-2024
Defendant                 Date

Dated: November 25, 2024

Respectfully submitted,

_____
Ryan Patrick
Attorney-in-Charge
TX State Bar 24049274
SDTX No. 3006419
Haynes and Boone LLP
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Tel: 713.547.2000
Fax: 713.547.2600
ryan.patrick@haynesboone.com

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on November 22, 2024, counsel for Dr. Haim, Ryan Patrick, conferred via email with counsel for the government Tyler White who confirmed that the relief requested herein was unopposed.

/s/ *Ryan Patrick*
Ryan Patrick

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing document has been filed and served on November 25, 2024 using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Ryan Patrick*
Ryan Patrick

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                          Cr. No. 4:24-cr-00298

EITHAN DAVID HAIM

**O R D E R**

Having considered the Unopposed Motion to Waive Appearance at Arraignment filed by the Defendant, the Court finds that the interests of justice are served by accepting the waiver.

Therefore, the Court accepts the Waiver of Appearance. This Court ORDERS that the Defendant is not required to appear at the arraignment scheduled for November 26, 2024.

SIGNED at Houston, Texas, on _____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE