# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                 Case Number: 4:24–cr–00298

Eithan David Haim

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  11/26/2024

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date:   November 25, 2024

                                                                                      Nathan Ochsner, Clerk