United States District Court
Southern District of Texas
**ENTERED**
November 26, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                                    Cr. No. 4:24-cr-00298

**EITHAN DAVID HAIM**

## O R D E R

Having considered the Unopposed Motion to Waive Appearance at Arraignment filed by the Defendant, the Court finds that the interests of justice are served by accepting the waiver.

Therefore, the Court accepts the Waiver of Appearance. This Court ORDERS that the Defendant is not required to appear at the arraignment scheduled for November 26, 2024.

SIGNED at Houston, Texas, on _____November 26_____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE