UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> V. § <br> § <br> EITHAN HAIM § <br> § <br> § | Criminal No. 24-CR-00298 |

**[PROPOSED] ORDER**

Pending before the Court is the Motion to Intervene and Opposition to USA's Motion for Issuance of a Gag Order filed by X Corp. Having considered the motions, submissions, and applicable law, the Court determines that the motions should be granted. Accordingly, the Court hereby:

**ORDERS** that X Corp.'s Motion to Intervene for the limited purpose of opposing the USA's Motion for Issuance of a Gag Order is **GRANTED,** and

**ORDERS** that USA's Motion for Issuance of a Gag Order is **DENIED.**

**SO ORDERED.**

_____
Hon. David Hittner
United States District Judge

Date: _____