# EXHIBIT C

**06/06/2024**

 **Eithan Haim MD** ✔ @EithanHaim · Jun 6    •••

They wanted to intimidate me into silence using every technique the federal leviathan had at their disposal. But they failed.

The only way to lose is to submit to corruption. It's time to fight back harder than ever!

GiveSendGo | Legal Defense Fund for Surgeon Whistleblower

 **Christopher F. Rufo** ✔ @realchrisru · Jun 6

EXCLUSIVE: Dr. @EithanHaim exposed the child sex-change program at Texas Children's Hospital. Now the Biden Administration has indicted him on four felony charges. This is an outrageous political persecution—and must …

Show more

💬 211     884    ♡ 2.9K     126K     

⟲ **Eithan Haim MD reposted**

 **Mike Benz** ✔ @MikeBenzCyber · Jun 6    ⋯

The only thing — the only thing — that matters this election season is changing the guard of this corrupt Justice Department. We don't have a country right now. We have Merrick's Mafia running a crime department & 100,000,000 waiting prison cells for anyone outside it.

>  **Christopher F. Rufo** ✔ @realchrisru · Jun 6
>
> EXCLUSIVE: Dr. @EithanHaim exposed the child sex-change program at Texas Children's Hospital. Now the Biden Administration has indicted him on four felony charges. This is an outrageous political persecution—and must …
>
> Show more

**06/12/2024**



**06/13/2024**



**Eithan Haim MD** ✔ @EithanHaim · Jun 13     •••

Thank you for helping to make this story known. It is not the doctors or the hospital that was lying and harming these young children who will go to federal trial. Rather it is me, the one who told the truth. But we will fight with everything we have.

>  **Rep. Dan Crens** ✔ @RepDanCrens · Jun 13
>
> Flat out — this prosecution should not be happening; that's obvious to anyone following @EithanHaim's story. But unfortunately, he is being prosecuted because of Biden's politicized DOJ. They're looking to make an …
>
> Show more




💬 31          ↻ 309          ♡ 1.1K          ⅈⅈⅈ 84K

**06/20/2024**



**06/23/2024**



One year ago today, armed federal agents with HHS arrived at my door. For blowing the whistle, I became a target of a federal criminal investigation.

Over the next six months I remained silent. I saw how the gears of corruption were being deployed to destroy everything I worked for. By withholding the truth, I was playing the role required to maintain their gambit.

They wanted me to believe the only option was to submit. But there was another - to fight back. One path starting with shame and leading to destruction, the other starting with sacrifice but leading to dignity. If this truth was self-evident the path forward was as well - we had to fight back.

When we started it was just a few of us. But now there are millions. We are eternally grateful for everyone who has stepped into the arena with us.



1:08 PM · Jun 23, 2024 · **226.7K** Views

**06/29/2024**



**Eithan Haim MD** ✔ @EithanHaim · Jun 29          ...
They sold poison as "lifesaving healthcare." It wasn't only the activists and doctors that bought this narrative but federal prosecutors and FBI agents.

The most powerful law enforcement agencies on the planet became weaponized to protect a lie we always knew was false.

**Leor Sapir** ✔ @LeorSapir · Jun 28
That's it.

We have hard evidence, black on white, that the World Professional Association for Transgender Health violated core principles o...
Show more

💬 4          🔁 62          ♡ 262          ılıl 17K          🔖          ⬆

**08/15/2024**



**10/12/2024**



**10/22/2024**

 **Eithan Haim MD** ✔ @EithanHaim · Oct 22                    ···

"The entire predicate of the grand jury's charge in its initial indictment that Dr. Haim obtained access to the electronic patient records under "false pretenses" rests on claims that DOJ knew were false."

The truth is finally revealing itself.

So much more to come.

>  **Ed Whelan** ✔ @EdWhelanEPPC · Oct 21
>
> Dr. Eithan Haim Seeks to Expose DOJ's Grand-Jury Misconduct nationalreview.com/bench-memos/dr... Nine months before initial indictment, the federal government knew that Dr. Haim had legitimate access to Texas ...
>
> Show more

💬 12        🔁 85        ♡ 325        📊 7.8K



**Eithan Haim MD** ✔
@EithanHaim

Follow ···

Marcella Burke took on my case when the risk to her was the greatest - it was the first few months after starting her own law firm. Just before, she left her partner position in big law because she refused to put pronouns in her bio. She just released the following statement:

We have dismantled the U.S. Department of Justice's case once, and soon to be twice. They have had to rescind their initial indictment after having to admit its allegations were completely false. Its reindictment asserts a flaccid argument that on its face is farcical.

Any other self-respecting career prosecutor would have folded up their tent and moved on quietly with some face-saving public comment by now, but this crew is now ignoring what is drilled into every prosecutor's head – they are there to seek justice. We look forward to taking this to trial.

5:31 PM · Oct 22, 2024 · **36.4K** Views

💬 34          ↻ 216          ♡ 999          🔖 29

**10/28/2024**

 **Eithan Haim MD** ✔ @EithanHaim · Oct 28                    ⋯

DOJ wants to limit my defense by restricting testimony on "transgender care."

They say my use of "mutilation and sterilization" is "inflammatory and inaccurate."

They don't realize, the opposite is true.

So DOJ needs a show trial to avoid confronting reality.

---

### GOVERNMENT'S PRETRIAL MOTIONS

United States v. Haim (4:24-cr-00298)
Motion in Limine, September 6th, 2024
Page 4.

TO THE HONORABLE DAVID HITTNER:

    The Government respectfully submits this memorandum of law in support of its pretrial motions with respect to the upcoming trial of defendant Eithan David Haim ("Haim," or "the defendant").[1] Specifically, the Government seeks rulings:

    (1) Precluding the defendant from using the term "whistleblower" before the jury;

    (2) Limiting testimony and argument regarding issues pertaining to transgender care;

---

### DEFENDANT'S STATEMENTS TO THE MEDIA

United States v. Haim (4:24-cr-00298)
Motion in Limine, September 6th, 2024
Page 4.

    Before and after the Indictment, the defendant and his attorney gave multiple interviews on television, podcasts, and other media forums, in which the defendant admitted to leaking the TCH patient information to Person1.[3] During these interviews, the defendant and/or his counsel made statements:

- Providing inaccurate and inflammatory descriptions of the medical care previously provided by TCH for pediatric patients with gender dysphoria, for example, as "mutilation," and "sterilization;"

---

💬 19           153          ♡ 445           19K          🔖      

**10/30/2024**



**Eithan Haim MD** ✔
@EithanHaim

Follow ···

Anatomy of lawfare.

1) Use an ill-defined law as the basis for unprecedented charges, transforming the target's virtue into a crime - like using HIPAA to target a whistleblower while casting major hospital system as the victim.

2) They then run cover and bury the truth by limiting any meaningful legal defense - why they want no mention of "whistleblowing" or harmful transgender procedures continued in secrecy.

3) Even if they lose in trial, they still achieve the primary goal - make it so the process becomes the punishment.

4) The oil propelling this machinery forward is the silence of the target. By following the standard convention that criminal defendants stay silent, the corruption remains concealed, the false perception of legitimacy maintained, the illusion of normalcy perpetuated.

So, the question is this - should we stay silent and play a central role in our own destruction? Or should we fight back, stand up for the truth, and defend our virtues?

So, the question is this – should we stay silent and play a central role in our own destruction? Or should we fight back, stand up for the truth, and defend our virtues?

At this point the answer is obvious.

## GOVERNMENT'S PRETRIAL MOTIONS

United States v. Haim (4:24-cr-00298)
Motion in Limine: September 6th, 2024.
Page 4

TO THE HONORABLE DAVID HITTNER:

The Government respectfully submits this memorandum of law in support of its pretrial motions with respect to the upcoming trial of defendant Eithan David Haim ("Haim," or "the defendant").[1] Specifically, the Government seeks rulings:

(1) Precluding the defendant from using the term "whistleblower" before the jury;

(2) Limiting testimony and argument regarding issues pertaining to transgender care;

Second Indictment. October 10, 2024.

## COUNTS TWO - FOUR

From in or around January 2023 to on or in or around May 2023, in the Southern District of Texas, the defendant, **EITHAN DAVID HAIM**, knowingly and without authorization, and for a reason other than those permitted by Title 42, United States Code, Chapter 7, Subchapter XL, Part C (provisions of HIPAA), did obtain and/or use individually identifiable health information under false pretenses and with intent to use the individually identifiable health information to cause malicious harm to TCH and its physicians.

10:59 AM · Oct 30, 2024 · **61.8K** Views

 23    222    703    74

15

**11/20/2024**

 **Eithan Haim MD** ✔ @EithanHaim · 7h                    ···
Underlying the sheer incompetence in my case is
something more sinister.

DOJ is inventing criminal law to codify the
prosecution of whistleblowers at the behest of the
major hospital systems they expose.

If permitted, medical whistleblowers will become a
historical relic.

> The implications are staggering. If a hospital can prohibit disclosures to law
> enforcement (*see* 45 C.F.R. § 164.512), it can, for instance, criminalize reports of its
> own criminality. And if the government offices involved are ideologically aligned,
> prosecutorial discretion will not save a whistleblower from being punished.
>
> Yet that fact pattern does not exhaust the potential absurdities. Indeed, the
> more mundane and insignificant the rule, the more egregious for receiving a criminal
> penalty for its violation. Consider a rule that prohibits doctors from obtaining patient
> information except through their own EMR accounts. Even though a doctor might
> have every right to a patient's information under the Privacy Rule because he is
> treating that patient, it becomes a crime for the assisting nurse to show the doctor
> that patient's chart. Or consider a rule requiring that doctors using remote access
> have a safe workspace at home before logging on. Does a malfunctioning smoke
> detector render a doctor a criminal, too?                        MTD Reply to Response 11-13-2024

💬 22          🔁 333          ♡ 848          �𝗂�ᣵ 41K               🔖     ⬆️

16

**11/24/2024**



**Eithan Haim MD** ✔
@EithanHaim

Follow

···

The DOJ's justification for a gag order is that they are concerned with "online bullying."

This perfectly encapsulates the defining feature of the modern day woke aristocrat.

They zealously deploy the threat or the outright use of state-sanctioned violence against those who challenge their political ideology yet cast themselves as the victim when regular citizens stand up, take notice, and utilize their first amendment right to criticize their tyrannical behavior.

These prosecutors have no qualms about sending me to prison for a decade. They have no problem inventing new crimes to do so.

They had no problem sending heavily armed US Marshals to my home at 7AM even though I am a law-abiding citizen with no criminal history.

They had no problem taking away my right to possess firearms knowing the legitimate death threats I would face from radical transgender activists.

And I don't bring this up to garner sympathy for myself but rather to demonstrate the magnitude of their hypocrisy.

They had no problem taking away my right to possess firearms knowing the legitimate death threats I would face from radical transgender activists.

And I don't bring this up to garner sympathy for myself but rather to demonstrate the magnitude of their hypocrisy.

They have no problem with any of the above, but they have a major problem with anyone noticing it happening.

Their corrupt gambit relies on the silence of their target to legitimize their corruption. In my case, they knocked on the wrong door. I simply refuse to voluntarily comply with my own destruction.

and statutes in filings. *See* Ex. B. The Government is concerned that such

inflammatory posts encourage the online bullying of prosecutors and create

heightened safety risks, serving as invitations to members of the media and the

public to harass prosecutors.                    Gag Order 11-20-2024 Pg 6

11:25 AM · Nov 24, 2024 · **432.8K** Views

 160      1.1K      3.1K      167

**10:07**



⇅ Eithan Haim MD reposted

**Kyle Seraphin** ✓
@KyleSeraphin

Follow

I'd like to see government officials learn their job is public, paid for by the public, and open to the public's scrutiny.

The number of effeminate clowns at DOJ who blatantly engage in bad faith legal work is stunning. It is my life's mission to professionally skewer and embarrass these absolute stooges.

Put this in your deposition questions for my ongoing lawsuit, too. You DOJ employees are unworthy of the positions you occupy.



**Eithan Haim MD** ✓ @EithanHaim · 6d
The DOJ's justification for a gag order is that they are concerned with "online bullying."

This perfectly encapsulates the defining feature of the modern day woke aristocrat.

They zealously deploy the threat or the outright use of state-sanctioned violence against those who Show more

and statutes in filings. *See* Ex. B. The Government is concerned that such

inflammatory posts encourage the online bullying of prosecutors and create

Post your reply

19

10:07

The number of effeminate clowns at DOJ who blatantly engage in bad faith legal work is stunning. It is my life's mission to professionally skewer and embarrass these absolute stooges.

Put this in your deposition questions for my ongoing lawsuit, too. You DOJ employees are unworthy of the positions you occupy.

 **Eithan Haim MD** ✓ @EithanHaim · 6d
The DOJ's justification for a gag order is that they are concerned with "online bullying."

This perfectly encapsulates the defining feature of the modern day woke aristocrat.

They zealously deploy the threat or the outright use of state-sanctioned violence against those who Show more



and statutes in filings. *See* Ex. B. The Government is concerned that such inflammatory posts encourage the online bullying of prosecutors and create heightened safety risks, serving as invitations to members of the media and the public to harass prosecutors.

Gag Order 11-20-2024 Pg 6

10:12 PM · 11/24/24 · **23K** Views

💬 19        ⟳ 183        ♡ 544        🔖 9        ⬆️

Post your reply

🏠        🔍        ▱        👥        🔔 20        ✉️ 1

10:09

← **Post**  •••

⇄ **Eithan Haim MD** reposted



**Mike Benz** ✔
@MikeBenzCyber

Follow

THIS IS UNREAL. Merrick Garland's crooked hacks are gagging a surgeon for defending himself on X against their crooked hackery & they have filed to ROB HIM him of his RIGHT to post on X away for "online bullying." They just want to stop losing in the court of public opinion.

---

🖼 **Eithan Haim MD** ✔ @EithanHaim · 6d

The DOJ's justification for a gag order is that they are concerned with "online bullying."

This perfectly encapsulates the defining feature of the modern day woke aristocrat.

They zealously deploy the threat or the outright use of state-sanctioned violence against those who Show more



and statutes in filings. *See* Ex. B. The Government is concerned that such inflammatory posts encourage the online bullying of prosecutors and create heightened safety risks, serving as invitations to members of the media and the public to harass prosecutors.   Gag Order 11-20-2024 Pg 6

---

Post your reply

🏠   🔍   ⊘   👥   🔔 20   ✉ 1

21



**10:09**

@MikeBenzCyber

THIS IS UNREAL. Merrick Garland's crooked hacks are gagging a surgeon for defending himself on X against their crooked hackery & they have filed to ROB HIM him of his RIGHT to post on X away for "online bullying." They just want to stop losing in the court of public opinion.

---



**Eithan Haim MD** ✔ @EithanHaim · 6d

The DOJ's justification for a gag order is that they are concerned with "online bullying."

This perfectly encapsulates the defining feature of the modern day woke aristocrat.

They zealously deploy the threat or the outright use of state-sanctioned violence against those who Show more



and statutes in filings. *See* Ex. B. The Government is concerned that such inflammatory posts encourage the online bullying of prosecutors and create heightened safety risks, serving as invitations to members of the media and the public to harass prosecutors.



Gag Order 11-20-2024 Pg 6

---

11:38 AM · 11/24/24 · **279K** Views

💬 237          ⟲ 3.7K          ♥ 8.1K          🔖 306          ⬆

**Most relevant replies** ⌄

Post your reply

🏠          🔍          ▢          👥          🔔 20          ✉ 1

**11/26/2024**

4:17

← **Post** •••

⇄ **Eithan Haim MD** reposted



**Coddled affluent professional** ✓    Follow
@feelsdesperate

This is an amazing story.

The DOJ concocted fake crimes to try to imprison and make an example of a pediatric sex change whistleblower using HIPAA as a pretext.

The prosecutorial team is a clown 🤡 car of incompetent midwits and it's not going well for them so now the DOJ...



**Ed Whelan** ✓ @EdWhelanEPPC · 6d
As part of its outrageous transgender crusade against whistleblower @EithanHaim, the Department of Justice has recently moved for a gag order against Dr. Haim and his counsel and has made several filings "under seal"—th... Show more

8:10 AM · 11/26/24 · **49K** Views

💬 14    ⇄ 196    ♡ 1K    🔖 81    ↑

**Most relevant replies** ⌄

Post your reply

🏠    🔍    ▭    👥    🔔 20    ✉ 1