# EXHIBIT D

**11/21/2024**

