United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| v. § | Criminal Action No. 24-CR-00298 |
| EITHAN HAIM § § § § | |

## ORDER

Pending before the Court is Non-Party X Corp.'s Motion to Intervene (Document No. 125). Having considered the motion, Government's response, and applicable law, the Court determines that the Non-Party's motion should be denied. Accordingly, the Court hereby

**ORDERS** that Non-Party X Corp.'s Motion to Intervene (Document No. 125) is **DENIED**.

SIGNED at Houston, Texas, on this __2__ day of December, 2024.

_____
DAVID HITTNER
United States District Judge