AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
UNITED STATES MARSHAL
2024 NOV 21 PM 1:57
SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | Criminal No. 4:24-cr-00298 |
| Eithan David Haim | § | |

United States Courts
Southern District of Texas
FILED

NOV 27 2024

Nathan Ochsner, Clerk of Court

*c/o* Ryan Kelley Goeb Patrick 1221 McKinney St., STE. 4000, Houston, TX 77010

### SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation   ☐ Pretrial Release Violation   ☐ Supervised Release Violation   ☐ Violation Notice   ☐ Order of the Court

Place:
United States District Court
515 Rusk Street
Houston, TX 77002

Location:
Courtroom 701
Date and Time: November 26, 2024, at 01:00 PM

This offense is briefly described as follows:
**Ct. 1: Wrongful Disclosure of Individually Identifiable Health Information [42 U.S.C. 1320d-6 (a)(2) and (b)(2)]**

**Cts. 2-4: Wrongful Disclosure of Individually Identifiable Health Information [42 U.S.C. 1320d-6 (a)(2) and (b)(2); (b)(3)]**

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: November 21, 2024

*Issuing officer's signature*
Antonio B. Banda, Deputy Clerk

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons.      ☐ Returned this summons unexecuted.

Date: 11/26/2024

Server's signature
MAR Saenz (OUSM)
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 4:24-cr-00298

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: __EITHAN DAVID HAIM__

Last known residence: __1221 McKINNEY ST. SUITE 4000 HOUSTON, TX 77010__

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* __11/25/2024__.

☐ I personally served the summons on this defendant *(name)* _____
at *(place)* _____ on *(date)* _____; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* __RYAN PATRICK (ATTORNEY)__ who is authorized to receive service of process on behalf of *(name of organization)* __LAW OFFICE OF RYAN PATRICK__ on *(date)* _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: __11/26/2024__

*Issuing officer's signature*

__Omar Saenz (OUSM)__
*Printed Name and title*

Remarks:
- SERVED ATTORNEY RYAN PATRICK IN CARE OF EITHAN D. HAIM
- MILEAGE: 2 MILES ROUNDTRIP