JUDGE_____ **DAVID HITTNER**_____

CASE MANAGER___ Joseph Wells ___ RPTR/TAPE_L Smith_____

LAW CLERK_SB_____ INTERPRETER_____

TIME_____|_____ A.M.  2:03 - 3:18 | 3:49 - 3:58 P.M.  DATE_12/03/2024_____
     begin      end           begin         end

## CR. NO. 4:24-cr-298_____

UNITED STATES OF AMERICA    § Jessica Feinstein, Tyler White, Lauretta Bahry AUSA
           vs.                §
                              §
_Deft. No._   _Deft. Name_    §
                              §
1            Eithan David Haim §  Ryan Patrick, Jeffrey Hall, Marcella Burke, ☐ CJA
                              §  Mark Lytle                                    ☐ CJA
                              §                                                ☐ CJA
                              §                                                ☐ CJA
                              §                                                ☐ CJA
                              §                                                ☐ CJA
     add'l defts. on reverse side

## HEARING

☒ kmhrgh.   Motion hearing held.

☐ . . .    Hearing held on _105 Motion for Issuance of a Gag Order_____

☒ . . .    **Evidence presented** (exhibits admitted or testimony given) on:
           Government's exhibits A, B, C, D, and E_____

☐ . . .    _Order to be entered._

☐ . . .    All motions not expressly decided are denied without prejudice to being reurged.

☒ kjytrl.   Jury trial set _February 10, 2025_____ at _10:30 a.m._ .

☐ ko.(bnd.) Deft_____ bond set/reduced to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ . . .    Deft_____ failed to appear, bench warrant to issue.

☐ . . .    Deft_____ bond ☐ continued ☐ forfeited.

☐ . . .    Deft_____ remanded to custody.

           OTHER RULINGS

Exhibits admitted for the purpose of this hearing only._____

Final pretrial conference set for February 6, 2025 at 10:30 a.m. Date for questionnaires to follow._____

Ruling on motion for issuance of a gag order deferred._____

Copy to:    USPO              See reverse

| _Deft. No._ | _Deft. Name_ | § | _Atty. Name_ | |
|---|---|---|---|---|
| _____ | _____ | § | _____ | ☐ CJA |
| _____ | _____ | § | _____ | ☐ CJA |
| _____ | _____ | § | _____ | ☐ CJA |
| _____ | _____ | § | _____ | ☐ CJA |
| _____ | _____ | § | _____ | ☐ CJA |
| _____ | _____ | § | _____ | ☐ CJA |
| _____ | _____ | § | _____ | ☐ CJA |
| _____ | _____ | § | _____ | ☐ CJA |
| _____ | _____ | § | _____ | ☐ CJA |

Other rulings cont'd

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____