United States District Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § § |
| v. | § Criminal Action No. 24-CR-00298 |
| EITHAN HAIM | § § § § |

## ORDER

Pending before the Court is Defendant Eithan David Haim's Motion to Dismiss the Second Superseding Indictment (Document No. 128). Having considered the motion, submissions, and applicable law, the Court determines that the Defendant's motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant Eithan David Haim's Motion to Dismiss the Second Superseding Indictment (Document No. 128) is **DENIED**.

SIGNED at Houston, Texas, on this __6__ day of December, 2024.

DAVID HITTNER
United States District Judge