United States District Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § |
| v. | Criminal Action No. 24-CR-00298 |
| EITHAN HAIM | |

## ORDER

Pending before the Court is Defendant Eithan David Haim's Motion to Unseal Document No. 85 (Document No. 131). Having considered the motion, Government's lack of opposition, and applicable law, the Court determines that the Defendant's motion should be granted. Accordingly, the Court hereby

**ORDERS** that Defendant Eithan David Haim's Motion to Unseal Document No. 85 (Document No. 131) is **GRANTED**. The Court further

ORDERS that Document No. 85 be **UNSEALED**.

SIGNED at Houston, Texas, on this __6__ day of December, 2024.

DAVID HITTNER
United States District Judge