United States District Court
Southern District of Texas
**ENTERED**
January 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| v. | § Criminal Action No. 24-CR-00298 |
| EITHAN HAIM | § |

## ORDER

On October 4, 2024, the Court noted the parties' interest in proposing a supplemental jury questionnaire in advance of trial, and allowed the parties to submit their respective proposed supplemental jury questionnaires on or before October 21, 2024.[1] The Court notes the parties' submission of supplemental jury questionnaires for the Court's consideration in this matter.[2] After consideration of the parties' proposals, the Court declines allowing the parties to pose supplemental jury questionnaires to potential jurors in advance of trial.

SIGNED at Houston, Texas, on this __13__ day of January, 2025.

DAVID HITTNER
United States District Judge

---

[1] *Court Order*, Document No. 72 at 1.

[2] *See Government's Proposed Additional Jury Questions*, Document No. 86; *Proposed Voir Dire by Eithan David Haim*, Document No. 87.