United States District Court
Southern District of Texas
**ENTERED**
January 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| v. | § § | Criminal Action No. H-24-298 |
| EITHAN DAVID HAIM | § § § | |

## SCHEDULING ORDER – JURY TRIAL

In preparation for trial in the above styled matter, the Court directs each of the parties to file a proposed trial plan as stated herein. Accordingly, the Court hereby

**ORDERS** that, on or before *Friday, Jan 24*, 2025, the Government shall file a proposed trial plan indicating time allotments for each of its witnesses. The Government shall (1) list the names of all witnesses it intends to call, (2) specify a time estimate for direct examination of each witness, (3) specify a time estimate for re-direct examination, and (4) calculate the total time estimate for direct and re-direct examination of all its witnesses. The Court further

**ORDERS** that, after review of the Government's initial trial plan, the Defendant shall file on or before *Wed, Jan 29*, 2025, their proposed trial plan indicating time allotments for cross-examination of each of the Government's witnesses. The Court further

**ORDERS** that each of the parties shall file their proposed trial plans electronically and deliver a courtesy copy to opposing counsel. The Court will then issue an order detailing the final time allocations for the Government's portion of the trial. The Court further

**ORDERS** that, in consideration of the Defendant's constitutional rights in criminal cases, the Defendant will not be required to file the names or time estimates of its witnesses, if any, that they intend to call until such time as the Government has rested its case-in-chief. At such time, the Court will inquire whether the Defendant elects to call any witnesses. If the Defendant elects to call witnesses, the Defendant shall immediately tender to the Court his proposed trial plan for his portion of the trial. The Defendant's proposed trial plan shall specify a time estimate for the Defendant's entire direct examination and re-direct questioning of their witnesses, excluding the Defendant himself. The Defendant's proposed trial plans should not, at that time, contain any statement concerning whether the Defendant himself intends to testify in his own defense. The Government will then inform the Court of its estimated time to cross-examine all of Defendant's witnesses. The Court will then set time allocation for each side. The Court further

**ORDERS** that should the Defendant waive his constitutional right and elect to testify, the Defendant shall then immediately tender to the Court a supplemental proposed trial plan detailing the total time estimate for the Defendant's direct examination and re-direct examination. The Government will then inform the Court

2

of its estimated time to cross-examine Defendants and the Court will then set time allocations for each side.

SIGNED at Houston, Texas, on this __13__ day of January, 2025.

DAVID HITTNER
United States District Judge