UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CRIMINAL NO. 4:24-cr-298 |
| EITHAN DAVID HAIM | § | |

## NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through its undersigned counsel, and hereby enters the appearance of John P. Pearson as counsel for the government in the above-captioned matter.

        Respectfully submitted,

        Jennifer B. Lowery
        ACTING UNITED STATES ATTORNEY

By:  /s/ John P. Pearson
      John P. Pearson
      Assistant United States Attorney
      Chief, Criminal Division
      1000 Louisiana, Suite 2300
      Houston, TX 77002
      (713) 567-9000 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this notice of appearance was filed and served electronically via the ECF system on counsel for the defendant on January 24, 2025.

/s/ John P. Pearson
John P. Pearson
Assistant United States Attorney