UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:24-cr-298 |
| | § | |
| **EITHAN DAVID HAIM,** | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS INDICTMENT

The United States, appearing through its undersigned attorneys, and the defendant, Eithan David Haim, hereby move this Court for an order dismissing the Second Superseding Indictment and all open counts with prejudice.

Respectfully submitted,

Jennifer B. Lowery
ACTING UNITED STATES ATTORNEY

By: /s/ John P. Pearson
John P. Pearson
Assistant United States Attorney
Chief, Criminal Division
1000 Louisiana, Suite 2300
Houston, TX 77002
(713) 567-9000

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this notice of appearance was filed and served electronically via the ECF system on counsel for defendant on January 24, 2025.

/s/ John P. Pearson
John P. Pearson
Assistant United States Attorney