# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | CRIMINAL NO. 4:24-cr-298 |
| **EITHAN DAVID HAIM,** Defendant. | § § § | |

## ORDER OF DISMISSAL

Upon motion of the parties, the Second Superseding Indictment and all open counts in the above-listed criminal case are hereby DISMISSED with prejudice.

Dated this ___ day of _____, 2025.

_____
DAVID HITTNER
United States District Judge