# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | **Criminal No. 4:24-cr-00298** |
| v. | § § | |
| **EITHAN DAVID HAIM** | § § | |
| **Defendant.** | § § | |

## JOINT UNOPPPOSED MOTION FON ENTRY OF AN AGREED ORDER MODIFYING PROTECTIVE ORDER

The parties move to modify the Court's Discovery Protective Order (ECF 63), issued on September 27, 2024. Dr. Haim seeks to have his civil attorneys review and potentially use the discovery material in future civil claims against various parties stemming from the criminal charges that the United States brought against him under the previous administration.

A proposed order setting forth the agreed modification is attached for the Court's consideration.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By:   *s/ Daniel D. Hu*
Daniel D. Hu
Assistant United States Attorney
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
(713) 567-9518 (PHONE)
(713) 718-3303 (FAX)
Email: Daniel.Hu@usdoj.gov

**Attorney for the United States**

/s Mark D. Lytle by permission
Mark D. Lytle
DC Bar 1765392
SDTX No. 3884197
Nixon Peabody LLP
799 9th Street NW, Suite 500
Washington, D.C. 20001
Tel: 202.585.8435
Fax: 202.585.8080
mlytle@nixonpeabody.com

**Attorneys for Eithan David Haim**

## CERTIFICATE OF SERVICE

I certify that on July 22, 2025, the foregoing was filed and served on counsel of record through the Court's CM/ECF system.

*/s/ Daniel D. Hu*
Daniel D. Hu
Assistant United States Attorney