UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | Criminal No. 4:24-cr-00298 |
| v. | § | |
| | § | |
| EITHAN DAVID HAIM | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER MODIFYING PROTECTIVE ORDER

Before the Court is a request to modify Court's Discovery Protective Order (ECF 63), issued on September 27, 2024. Dr. Haim seeks to have his civil attorneys review and potentially use the discovery material in future civil claims against various parties stemming from the criminal charges that the United States brought against him under the previous administration.

The Court finds that because the criminal charges against Dr. Haim have been dismissed with prejudice, the Discovery Protective Order (ECF 63) may be modified as follows:

The discovery materials in the criminal case, except Sensitive Discovery (defined in docket entry 63 as "unredacted personal health and identifying information of individuals who are not parties to the case"), may be made available to civil counsel for Dr. Haim. Civil counsel may not disclose or further disseminate any of the discovery materials in the criminal case except to their staff and their consultants or experts and for use in any Court or administrative proceedings which they may bring on behalf of Dr.

1

Haim.

Discovery containing unredacted health and identifying information of patients protected by HIPAA may not be released or shown to civil counsel unless the patient identifying information is redacted.

SIGNED in Houston, Texas, on this \_\_\_ day of _____, 2025

                                                                               _____

                                                                               The Honorable David Hittner
United States District Judge